**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LENARD AUSTIN, JR., | ) | No. CV 11-4188-SVW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GARY SANDOR (Acting Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: January 16, 2013

_____
STEPHEN V. WILSON
United States District Judge